941 F.2d 1200
 Cito (Paul T.)
v.
Middelsex Borough Police Department, Meyer (Edward),
Haverstick (John), Romanelli (Carman), Bridgewater Township
Police Dept., Szkodny (Robert), Krause (Robert), Middlesex
County Prosecutor's Office, Storch (Raymond), Somerset
County Prosecutor's Office, Spagnoli (Lori), Office of
Public Defender's Somerset County District, Shale (Michael),
Office of Pub. Def. Appellant Section, Turner (Jacqueline),
Norris (William E.), Diana (Wilfred), Imbriani (Michael)
 NO. 90-5938
 United States Court of Appeals,
Third Circuit.
 JUL 18, 1991
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.